RECEIVED
APR 16 2025
BY MAIL

I asked for a printout of the last 6 months of my trust fund account. I was told it could not be given to me and the court would have to request it.

Also I tried to get a copy of this complaint but was told copies can only be made of any legal work I'm currently incarcerated for.

* Can you please send a filed copy to me thanks.

/s/ [signature]                    4/15/25
Vincel King Chambers 150286
100 S. Central Ave
Clayton, MO 63105.