Ancel King Dickens TS0286
00 S. Central Ave
Clayton, MO 63105

RECEIVED

APR 16 2025

BY MAIL

SAINT LOUIS MO. 630

14 APR 2025  PM 8 L

Clerk of Court
United States District Court
Eastern District of Missouri
111 South Tenth Street
Suite 3.300
St. Louis, MO 63102

63102-112884