**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**

| | | |
|---|---|---|
| VINCEL KING CHAMBERS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 4:25-cv-00530-MTS |
| | ) | |
| LIEUTENANT THOMPSON, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

**MEMORANDUM OPINION**

On January 22, 2026, the Court required Plaintiff to file a new Application to Proceed in District Court Without Prepaying Fees or Costs "supported by a <u>certified</u> copy of his account statement, or prepay the $405 filing fee in full, no later than Thursday, February 19, 2026." Doc. [12] at 1. Plaintiff has neither complied with those instructions nor sought additional time for doing so. The Court warned Plaintiff that failure to follow the Court's Order would "result in dismissal of this action without prejudice." *Id.* at 2, 3; *see M. S. v. Wermers*, 557 F.2d 170, 175 (8th Cir. 1977) ("A district court has power to dismiss an action for failure of the plaintiff to comply with 'any order of court.'" (quoting Fed. R. Civ. P. 41(b))). Accordingly, the Court will enter herewith an Order of Dismissal that will dismiss this action without prejudice.

Dated this 2nd day of March 2026.

_____
MATTHEW T. SCHELP
UNITED STATES DISTRICT JUDGE